IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| GENTRY MOUNTAIN MINING LLC,<br>Plaintiff,<br>v.<br>MINE LIQUIDATORS, LLC,<br>Defendant. | MEMORANDUM DECISION AND ORDER GRANTING PLAINTIFF'S MOTION TO ADD AND DROP PARTIES UNDER RULES 20 AND 21<br><br>Case No. 4:26-cv-00085-AMA-PK<br><br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Paul Kohler |

Based on Plaintiff's Motion to Add and Drop Parties Under Rules 20 and 21,[1] and for good cause appearing, it is HEREBY ORDERED:

1. The Motion is GRANTED. Under Rules 20 and 21, Shane Wade Enterprises, Inc. and Shane Wade, individually, are added as defendants under the First Amended Complaint.
2. Mine Liquidators, LLC, is dropped without prejudice as dispensable on the claims pleaded. No finding is made about its separate legal existence or its identity.
3. The Clerk shall update the caption to reflect the added Defendants.
4. All jurisdictional, service, and merits defenses are preserved. No defendant is deemed served, no relation back is established, and no deadline is extended.

[1] Docket No. 19, filed November 16, 2026.

DATED this 17th day of November 2026.

BY THE COURT:

PAUL KOHLER
United States Magistrate Judge